

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

VINCENT MICHAEL MARINO          DOCKET NO. 10-CV-1413, SEC. P

VERSUS                          JUDGE DEE D. DRELL

W.A. SHERROD, ET AL.            MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for *Writ of Habeas Corpus* be **DENIED and DISMISSED,** as it fails to state a claim for which habeas relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 7_ day of February, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE